ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta
AUG 0 6 2015
JAMES N. HATTEN, Clerk
By: any Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 1:15-MJ-226 |
| MICHAEL CONRADE SIBLEY | |

## ORDER

The Court having considered the Motion to Excludable Delay to Indict in this matter, to which the defendant has consented, and good cause having been shown, the motion is hereby GRANTED.

The Government shall thirty days from the date of this Order to indict or otherwise formally charge the defendant in this case. Failure to do so by that time will result in the dismissal of the above-styled complaint.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting the motion for excludable delay outweigh the public's interest in a speedy trial. Specifically, this delay will provide the parties the reasonable time necessary to discuss the charging options presented by the facts of this case and possibly work out a mutually agreeable resolution. 18 U.S.C. § 3161(h)(7)(B)(iv). The defendant's consent to the motion sufficiently addresses the equities of their interest in a speedy trial.

Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), excludable time is allowed from the date of this Order through and including September 7, 2015.

SO ORDERED this 6th day of AUGUST, 2015.

                                       _____
                                       GERRILYN G. BRILL
                                       UNITED STATES MAGISTRATE JUDGE

/s/ Tracia M. King
Presented by
Tracia M. King, AUSA