IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO.: 1:15-MJ-226 |
| | : | |
| MICHAEL CONRADE SIBLEY | : | |

## DEFENDANT SIBLEY'S MOTION TO REMOVE ELECTRONIC SURVEILLANCE

Comes now Defendant Michael Conrade Sibley, by and through his attorney Jerome J. Froelich Jr, and moves this Court to remove the electronic surveillance, i.e, an ankle bracelet, as a condition of his bond.

Mr. Sibley is sixty-seven years old. He has no prior criminal record. He has been married for over thirty years. His wife is a Delta flight attendant. He has three children and has lived in the same residence for over twenty years. He is not a flight risk nor a risk to the community. Mr. Sibley will be entering a negotiated plea with the government.

The government has no objection to this motion.

Respectfully Submitted,

*S/Jerome J. Froelich Jr.*
Jerome J. Froelich, Jr.
State Bar No. 278150


McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309
(404) 881-1111

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with

a copy of the within and foregoing pleading by depositing a copy of same in the

United States Mail in a properly addressed envelope with adequate postage thereon

addressed to:

Tracia M. King, Esq.
Office of the United States Attorney - GAND
Northern District of Georgia
75 Spring Street SW
600 United States Courthouse
Atlanta, Georgia 30303

This 13th day of August, 2015.

S/Jerome J. Froelich Jr.
JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111