# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MICHAEL C. SIBLEY | Criminal Information <br><br> No. 1:15-CR-339 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 4, 2014, in the Northern District of Georgia, the defendant, MICHAEL C. SIBLEY, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place that would constitute a violation of Title 18, United States Code, 844(f)(Attempt to Maliciously Damage Federal Property by Means of Explosives), specifically, the defendant falsely conveyed misleading information indicating that a terrorist attack was taking place when the defendant placed near a walking trail in Vickery Creek Park, which is part of the Chattahoochee River National Recreation Area, a backpack which appeared to belong to a person of Middle

Eastern descent and which contained "pipe bombs" that appeared to be ready for remote detonation, all in violation of Title 18, United States Code, § 1038.

JOHN A. HORN
 *United States Attorney*

*/s/ Tracia M. King*
TRACIA M. KING
 *Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181