FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 0 9 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| MICHAEL C. SIBLEY | 1:15-CR-339 |

I, MICHAEL C. SIBLEY, the above named defendant, who is accused of violating Title 18, United States Code, § 1038, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 9, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MICHAEL C. SIBLEY
Defendant

_____
Jerome J. Froelich, Jr.
Counsel for Defendant

Before _____
Judicial Officer