# ATTACHMENT A

7-1 LIMS (Rev. 1-7-14)

UNCLASSIFIED//FOUO



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: (U) Neil J. Rabinovitz
Atlanta

Date: (U) November 10, 2014

Case ID No.: (U) 174A-AT-5744063

Lab No.: (U) 2014-02342-9

Communication(s): (U) November 6, 2014

Agency Reference(s):

Subject(s):

Victim(s): (U) Vickery Creek, Chattahoochee River National Recreation Area

Discipline(s): (U) Explosives Device

FBI Laboratory Evidence Designator(s):

(U) THE FOLLOWING ITEMS WERE OBTAINED FROM ROSWELL POLICE DEPARTMENT CRIME SCENE INVESTIGATING A SUSPICIOUS PACKAGE INCIDENT ON NOVEMBER 4TH, 2014. ITEMS WERE RECEIVED IN THE FBI LABORATORY ON NOVEMBER 7TH, 2014 UNDER COMMUNICATION DATED NOVEMBER 6TH, 2014. THE ITEMS ARE ASSIGNED UNDER LAB NUMBER 2014-02342 #1. THE EVIDENCE LISTED BELOW IS UNCLASSIFIED//FOUO IN ITS ENTIRETY.

| Item | Description |
|---|---|
| Item 1 | Book titled "The Holy Qur'an" containing three (3) pieces of paper (1B1, E5651938) |
| Item 2 | Blue backpack (1B2, E5651937) |
| Item 2-1 | Component label fragments |
| Item 2-2 | Hair from Item 2 |
| Item 2-2-1 | Root from Item 2-2 Hair |
| Item 3 | 2 lengths of white insulated wire (1B2, E5651937) |
| Item 4 | Book titled "The Rape of Kuwait" containing two (2) pieces of paper (1B3, E5651936) |
| Item 5 | Business card (1B4, E5651935) |
| Item 6 | Black T-shirt (1B5, E5651934) |

UNCLASSIFIED//FOUO

| | |
|---|---|
| Item 7 | PVC pipe with silver tape and nails (1B6, E5651933) |
| Item 7-1 | Tape from Item 7 (1B6, E5651933) |
| Item 7-2 | Nails and screws from Item 7 (1B6, E5651933) |
| Item 8 | PVC pipe with one end cap attached, white insulated wire and silver tape (1B7, E5651932) |
| Item 8-1 | Tape from Item 8 (1B7, E5651932) |
| Item 8-2 | Nails and screw from Item 8 (1B7, E5651932) |
| Item 9 | Circuit Board (1B8, E4498843) |
| Item 10 | End cap with wires and silver tape (1B9, E4498833) |
| Item 10-1 | Tape from Item 10 (1B9, E4498833) |
| Item 11 | Metal pieces (1B10, E4498849) |
| Item 12 | PVC pipe pieces and silver tape (1B11, E4498848) |
| Item 13 | Electronic components and wire (1B12, E4498850) |
| Item 14 | PVC pipe pieces and silver tape (1B13, E4498851) |
| Item 15 | PVC pipe pieces (1B14, E4498852) |
| Item 16 | PVC pipe piece (1B15, E4498842) |
| Item 17 | Trace - Hairs/Fibers Secondary Evidence (1 paperfold(s),1 pillbox(es)) |
| Item 18 | Trace - Hairs/Fibers Secondary Evidence (5 slide(s)) |

(U) This report contains the results of the Explosives and Hazardous Device examinations performed by the Explosives Unit.

(U) *__Administrative:__*

(U) The original items consisting of Items 2 through 2-1, and Items 7 through 16 were rendered safe by the Cobb County Bomb Squad as referenced in the communication accompanying the submitted items. A render-safe procedure (RSP) utilizes tools remotely to separate the suspected live device, thereby making it safe to approach and collect the evidence.

(U) *__Conclusion:__*

(U) Present within the submitted Items 2 through 2-1, and Items 7 through 16 are the disassembled remains of two (2) partially assembled Improvised Explosive Devices (IEDs), also known as destructive devices or homemade bombs. The general components of an IED of this type consist of an explosive main charge, a main charge container, a concealment container, and a fuzing system, all of which are present in Items 2 through 2-1, and Items 7 through 16 minus a power source and switch component.

(U)     It is the opinion of this Explosives and Hazardous Devices Examiner that contained in the submitted items are components of two (2) partially assembled IEDs. The partially assembled IEDs consisted of low-explosive main charges contained within Poly Vinyl Chloride (PVC) type tubes and end cap main charge containers. The electric fuzing system consisted of plastic insulated wires which served as the conductors with an electronic garage-door-opener type receiver as the firing switch. A power source and other electronic components such as a Silicon Controlled Rectifier (SCR), and an electronic transmitter were not present in the submission. Properly assembled and initiated, the resulting explosions from IEDs of this type could cause property damage, personal injury and/or death.

(U)     This report amends the forensic report dated November 8th, 2014 written by Explosives Unit SSA Christopher Rigopoulos. The amendment concerns page three, paragraph two, line two. The sentence originally read: < The two (2) partially assembled IEDs consist of the disassembled remains of PVC tubes and end caps, low explosive mixtures, and a partially constructed remote controlled electric fuzing system >. The amendment states: < The two (2) partially assembled IEDs consist of the disassembled remains of PVC tubes and end caps, a low explosive, and a partially constructed remote controlled electric fuzing system. >

(U)  **I. RESULTS OF EXAMINATIONS:**

(U)  **A. Device Overview**

(U)     The two (2) partially assembled IEDs consist of the disassembled remains of PVC tubes and end caps, a low explosive, and a partially constructed remote controlled electric fuzing system. The two (2) partially assembled IEDs were designed to function through the remote control application of electrical current through the garage-door-opener to the conductors which went into the main charge container PVC pipes. When the current would be applied to the exposed wires inside the pipe, their temperature would elevate igniting the low explosive material contained within the pipe. The ignition of low explosive material would cause the PVC main charge containers to explode. This explosion would cause fragments from the PVC main charge container and attached fragmentation to travel outwards with great velocity. This action could result in personal property damage, injury, or death.

(U)  **B.  Analysis of Components**

(U)  *Explosive Main Charge:*

(U)     Chemical analyses of Items 7, 8 and 12 revealed the presence of a double base smokeless powder which is a low explosive. For detailed information on the chemical analyses conducted on the explosive main charge see the FBI Laboratory Report for 2014-02342-7 authored by Robert Gillette, Explosives Unit, dated November 8th, 2014. When properly ignited by a suitable source of heat, low explosives are designed to deflagrate and generate gases. Properly confined in a container such as a pipe or tube, the gases generate pressure on the container walls and cause an explosion of the container. (RG)

UNCLASSIFIED//FOUO

(U) *Concealment Container:*

(U) Present in Item 2 are the remains of a blue colored backpack. The backpack was a concealment container hiding the IED from public view. The measurements were approximately 19" in length, 11.5" in width, and 7" in depth. The brand of backpack was as follows:

(U) "EASTPORT"

(U) Handwriting in blue ink on the backpack was the following text:

(U) "KHODART – MINA"

(U) *Main Charge Containers:*

(U) Items 7, 8, 12, 14, 15, and 16 consist of two (2) sets of the fragmented remains of PVC tubes and end caps.

(U) **Tube 1**

(U) Present in Item 7 is a PVC tube with the approximate measurements of 11.75" in length, 2.3745" in diameter, and .1685" thick. There were no manufacturer markings visible.

(U) Present in Item 7-1 are thirteen (13) sections of silver colored duct like tape. The approximate measurements vary from 1.75" – 41.75" in length with a 1 7/8" width. The tape was wrapped around the tube and within the wraps were various nails and screws which served as fragmentation.

(U) Present in Item 7-2 are approximately 185 different types of nails and screws. These nails and screws were utilized as fragmentation as they were attached to the tube with the tape. The fragmentation would be used as an enhancement to the IED providing a more lethal effect when the IED exploded. The explosion would cause the fragmentation to be propelled outward enhancing the IEDs destructive effectiveness. The nails and screws are described below with all measurements being approximations:

1. (U) There are approximately 175 nails measuring 1.292" in length and .079" in diameter with a head measuring .1835 in diameter.
2. (U) There are two nails measuring 1.23" in length and .0665" in diameter with a head measuring .093 in diameter.
3. (U) There is one nail measuring 1.8595" in length and .093" in diameter with a head measuring .2435 in diameter.

UNCLASSIFIED//FOUO

4. (U) There is one nail measuring 2.5625" in length and .1345" in diameter with a head measuring .2790 in diameter.
5. (U) There is one Phillips head screw measuring 2.471" in length and .177" in diameter with a head measuring .3225 in diameter.
6. (U) There is one Phillips head screw measuring .7320" in length and .1685" in diameter with a head measuring .305 in diameter.
7. (U) There is one Phillips head screw measuring .6915" in length and .1315" in diameter with a head measuring .3135 in diameter.
8. (U) There is one flat head screw measuring 1.231" in length and .217" in diameter with a head measuring .4265 in diameter.
9. (U) There is one flat head screw measuring .965" in length and .2295" in diameter with a head measuring .4155 in diameter.
10. (U) There is one flat head hex screw measuring 1.328" in length and .138" in diameter with a head measuring .3175 in diameter.

(U) **Tube 2**

(U) Present in Item 8 is a PVC tube with one end cap attached and wrapped in duct type tape containing nails and screws with a wire going into the end cap. The approximate measurements of the tube are 16" in length, 2.3845" in diameter, and .174" thick. There were no manufacturer markings visible. Also present in Item 8 is a PVC end cap measuring approximately 2.25" in length, 2.711 in diameter, and 3/16" thick. There appear to be holes in the end cap which the wire goes through. An adhesive type of material seals up the hole and holds the wire in place. Manufacturer markings include the following:

(U) "NSF-pw
M U.S.A. PVC-1
447-020
SCH 40
D-2466 2"

(U) Also present in Item 8 is a white colored plastic insulated dual stranded wire with a black stripe. Each wire had approximate measurements of .051" in diameter and .027" as a strand diameter coming to a measurement of approximately 22 AWG. Both wires were single core copper colored strands. The manufacturer markings on the insulation is as follows:

(U) "22 AWG E123651 A TYPE CL2X (UL) 90C"

(U) Present in Item 8-1 are eight (8) sections of silver colored duct like tape. The approximate measurements vary from 10.5" – 39 3/8" in length with a 1 7/8" width. The tape was wrapped around the tube and within the wraps were various nails and screws which served as fragmentation.

UNCLASSIFIED//FOUO

(U) Present in Item 8-2 are approximately 219 nails and one screw. These nails and screw were also utilized as fragmentation as they were attached to the tube with the tape. The nails and screws will be described below with all measurements as approximations:

1. (U) There are approximately 218 nails measuring 1.329" in length and .0785" in diameter with a head measuring .1785 in diameter.
2. (U) There is one Phillips head screw measuring .7635" in length and .0665" in diameter with a head measuring .093 in diameter.

(U) Present in Item 10 is one PVC end cap with one length of white colored plastic insulated duplex wire with a black stripe. The end cap measures approximately 2.25" in length, 2.7055 in diameter, and .165" thick. There appear to be holes in the end cap which the wire goes through. An adhesive type of material seals up the hole and holds the wire in place. Manufacturer markings include the following:

(U) "NSF-pw
M U.S.A. PVC-1
447-020
SCH 40
D-2466 2"

(U) Two (2) pieces of silver colored duct type tape also are wrapped around Item 10. The tape measures approximately 11/16" and 1 7/8" in width and 5" and 11 7/8" in length respectively.

(U) Also present in Item 10 is a white colored plastic insulated dual stranded wire with a black stripe. Each wire had approximate measurements of .05" in diameter and .02" as a strand diameter coming to a measurement of approximately 22 AWG. Both wires were single core copper colored strands. The manufacturer markings on the insulation is as follows:

(U) "22 AWG E123651 A TYPE CL2X (UL) 90C"

(U) Present in Item 12 are approximately fifty-one (51) pieces of PVC. Lengths of these pieces range from .16 to 4 11/16". Manufacturer markings include the following:

(U) "G M"

(U) There appear to be remnants of an adhesive or taps on some of these pieces.

(U) Present in Item 14 are approximately twenty-six (26) pieces of PVC. Lengths of these range from approximately .153" to 2.115".

(U) Present in Item 16 is one (1) piece of PVC. Approximate measurements of this piece are .7145" in length and .2005" thick. No manufacturer markings were observed.

UNCLASSIFIED//FOUO

(U) *Fuzing System:*

    (U) Present in Item 9 is one circuit board with multiple electronic components. This type of circuit board and components are consistent with a receiver similar to a garage door opener.

(U) *Miscellaneous Items:*

    (U) The following items were submitted for examination yet were not part of the IED design, components, or construction:

    (U) Present in Item 1 was a book titled WORDSWORTH CLASSICS OF WORLD LITERATURE - THE HOLY QURAN. This book was published in 2000 by Wordsworth Editions Limited, General Editor Tom Griffith - ISBN 978 1 85326 782 6. The book was translated by Abdullah Yusuf Ali.

    (U) There were markings on the following pages:

1. (U) Page 15: Verse 113, Section 14 has a "*" next to it
2. (U) Page 26: Verse 207 is underlined with a "1" next to it
3. (U) Page 52: Verse 131 Section 14 has a "*" next to it
4. (U) Page 77: Verse 151, Section 21 is underlined
5. (U) Page 85: Verses 32 and 33 Section 5 has brackets around both verses, underlined, and has a "3" next to it
6. (U) Page 89: Verse 61, Section 9 is underlined
7. (U) Page 91: Verse 75, Section 10 is circled
8. (U) Page 126: Verses 124 and 126 are underlined
9. (U) Page 127: Verse 133, Section 16 is underlined
10. (U) Page 127: Verse 136 is underlined with "#7" next to it
11. (U) Page 139: Verse 38, Section 5 has a circled "2" next to it
12. (U) Page 379: Verse 127 is underlined
13. (U) Page 465: Verse 1 is underlined with "*" next to it

    (U) Present in Item 1 was a printed Rail Schedule or Route showing MARTA Rail Stations. Specifically highlighted was the following location:

> (U) "Dunwoody Station
> 1200 Hammond Drive, Atlanta, GA 30328,
> Hammond Drive at Perimeter Center Parkway"

UNCLASSIFIED//FOUO

(U) Present in Item 1 was a piece of paper with the following information printed on it:

(U) "Camp Barney Medintz
4165 Highway 129 N.
Cleveland, GA
30528-2309
Phone: 706.865.2715
Fax: 706.865.1495
Camp Barney Medintz

(U) Proud Affiliate of the
Jewish Federation of Greater Atlanta

(U) MJCCA
5342 Tilly Mill road
Dunwoody, GA 30338
678.812.4000"

(U) Present in Item 1 was a piece of paper with the following specific address/name information printed on it:

(U) "MJCCA Locations
Dunwoody
MJCCA-Zaban Park
5342 Tilly Mill road
Dunwoody, GA 30338
Phone: 678.812.4000
Fax: 770.698.2055

(U) Membership Office Hours:

(U) Day   Hours
Monday – Thursday 9:00 am – 8:00 pm
Friday & Sunday 9:00 am – 5:00 pm

(U) Zaban-Blank Building Hours:

(U) Day   Hours
Monday – Thursday 5:30 am – 10:00 pm
Friday  5:30am – 6:00 pm
Saturday 8:00 am – 6:00 pm
Sunday 8:00 am – 8:00 pm

(U) Temple Kol Emeth

Page 8 of 11

2014-02342-9

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

1415 Old Canton Road
Marietta, GA 30062
Sunshine School and Camp Billi Marcus"

(U) Present in Item 2-1 were fragments of a label possibly from an electronic component. Markings on the label are as follows:

(U) "µF KRM 85°...12 C... 8... KRM C 1"

(U) Present in Item 3 are two (2) lengths of white colored plastic insulated wire. One is white in color with no manufacturer markings. The diameter of the wire and insulation measures approximately .0665" containing one (1) copper colored strand approximately 22 American Wire Gauge (AWG). The length of the wire is approximately 26'.

(U) The other is white in color with a black stripe. Manufacturer markings are as follows:

(U) "22 AWG E123651 A TYPE CL2X (UL) 90C"

(U) The measurements are approximately .0665 in diameter containing one (1) copper colored strand approximately 22 AWG. The length of the wire is approximately 25' 10 ½".

(U) Present in Item 4 is a book titled <u>THE RAPE of KUWAIT  The True Story of Iraqi Atrocities Against a Civilian Population</u> authored by Jean P. Sasson. The book was published by the following:

(U) "Knightsbridge Publishing Company
255 East 49th Street, Suite 25D, New York, NY 10017
First Edition with ISBN 1-56129-193-5
Barcode 9 781561 291939
50495>"

(U) Present in Item 4 was a piece of paper with the Atlanta Falcons TCF Bank Stadium schedule and opponent list printed on it. Two home game dates were circled in blue ink: October 12 at 1:00 PM EDT and Nov 23 at 1:00 PM EDT.

(U) Present in Item 5 is a business card with the following information printed on the front:

(U) "simple finds
interiors & antiques
Dealer Booths
Consignment
3614 Chamblee Dunwoody Rd

Page 9 of 11

2014-02342-9

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Atlanta, GA 30341
678-691-4241
info@simplefindsga.com
www.simplefindsga.com"

(U) On the back of the business card is the following information:

(U) "Beth Berss
Dealer
404-909-5466"

(U) Present in Item 6 is a black colored T-Shirt. The tag has been removed. Printed on the back of the shirt are the Heatcraft North America Safety Principles. A logo on the shirt on the left breast is as follows:

(U) "HEATCRAFT™
WORLDWIDE REFRIGERATION"

(U) Present in Item 11 are a piece of a zipper, miscellaneous metal pieces, and fragments of the blasting cap which was utilized as a tool to render safe the IED.

(U) Present in Item 13 is a black colored plastic insulated wire and miscellaneous electronic components. The black colored plastic insulated wire measured approximately eight (8) inches in length with a diameter of .0585" and a strand diameter of .01254". There are seven (7) strands present bringing the wire to be approximately 20 AWG. The other components appeared to be two (2) capacitors, a transistor, and two metal casings with terminals.

(U) *Methods:*

(U) The methods utilized in the forensic analyses of the specimens included examination of photographs, visual inspection, physical measurements, comparisons of observable physical characteristics and review of references.

(U) *Interpretations and Limitations:*

(U) Due to the absence or alterations of specific manufacturer or other unique markings on items of evidence, conclusive identification of the source of an item may not always be effected in every case. Conclusive determinations of the exact design and functioning of a rendered safe or disassembled improvised explosive device may not be effected in every case due to the condition of the components.

(U) *Remarks:*

UNCLASSIFIED//FOUO

(U) Examinations are continuing. For questions about the content of this report and the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Christopher Rigopoulos at 703-632-7648.

(U) The evidence will be returned to the contributor under separate cover.

(U) The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. This report contains the opinions and interpretations of the examiner(s) who issued the report.

Christopher Rigopoulos
Explosives Unit

Page 11 of 11

2014-02342-9

UNCLASSIFIED//FOUO