ND/GA PROB 12B
(6/12)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 08 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Michael C Sibley**   Docket No. **1:15-CR-00339-01-AT**

Judicial Officer:   **Honorable Amy Totenberg**
**U. S. District Court Judge**

Date of Original Sentence: **February 8, 2016**

Original Offense: **False Information and Hoaxes/18 U.S.C. §1038**

Original Sentence: **24 months imprisonment followed by 1 year supervised release with the following special conditions: firearms restriction, mandatory drug testing waived, DNA, and search.**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **December 19, 2017**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the details of the offender's offense conduct, this officer believes that a mental health evaluation would be beneficial in determining if the offender has any underlying mental health issues and if so, provide him assistance. The offender has signed a waiver to modify his conditions of supervised release and a copy of said waiver is attached.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

PETITIONING THE COURT:

To modify the conditions of supervision as follows:

"**The defendant shall participate in a mental health evaluation and any recommended mental health treatment program under the guidance and supervision of the U.S. Probation Officer. Defendant shall take any prescribed mental health medication as prescribed.**"

Respectfully submitted,

_____  2/23/18
Shannon N. Brewer              Date
U. S. Probation Officer

_____  03/05/18
Donna M. High                  Date
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☑ The modification of conditions as noted above.

☐ No Action

☐ Other

_____
Honorable Amy Totenberg
U. S. District Court Judge

___3/6/2018___
        Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health evaluation and any recommended mental health treatment program under the guidance and supervision of the U.S. Probation Officer. Defendant shall take any prescribed mental health medication as prescribed.

Signed: _____  Witness: _____
          Michael C Sibley                         Shannon N. Brewer
         Supervised Releasee                   Sr. U. S. Probation Officer

Date: 2/13/18