Michael C. Sibley
#66722-019
Federal Correctional Complex
P.O. Box 5000
Yazoo City, MS 39194

*My home address:*
*1499 E. Bank DR*
*Marietta, GA 30068*

------------------------------------------------------------------

*************** ATTENTION ***************

*** CHANGE OF STREET NAME FOR THE FEDERAL COURTHOUSE IN ATLANTA ***

s a result of a recent change in the name of Spring Street, the new
ddress for the Atlanta courthouse is:

75 Ted Turner Drive, S.W.
Atlanta, GA 30303

lthough preprinted Court stationery may continue to display the Spring
treet address for some time, use the new address to ensure delivery.

ttorney Registration for Electronic Case Filing (ECF)

lectronic Filing became mandatory for all attorneys effective July 15,
005. If you are a bar member in good standing with the Northern District of
eorgia or an attorney admitted pro hac vice, register now for an ECF
ser ID and password.  Please visit http://www.gand.uscourts.gov to
ign up as an ECF user. You may also call 404-215-1600.

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 20 2018

JAMES N. HATTEN, Clerk

By_____ Deputy Clerk

GA 301
12 MAR '18
PM 13 L

**RETURN TO SENDER**
**FORWARDING TIME**
**EXPIRED**

NIXIE          390   FE 1          0000/17/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  30303336199     *2124-04504-12-47

My home address.

1499 E. Bank Dr.

Marietta, GA  30068



MG
1999 E. Bank Dr
Marietta 30068

US Courthouse - 2211
Judge Amy Totenberg
75 Ted Turner Dr.
ATLANTA 30303
30303-339

ATLANTA METRO 300
06 APR 2018 PM 10 1

CLEARED
APR-9 2018
U.S. Marshals
SEG