IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. SIBLEY,<br><br>    Defendant. | CRIMINAL ACTION NO.<br>1:15-cr-0339-AT |

## ORDER

This matter is before the Court on Defendant Michael Sibley's motion for early termination of supervised release [Doc. 42]. Defendant Sibley was sentenced on February 8, 2016, to 24 months of imprisonment to be followed by a 1 year term of supervised release [Doc. 35]. Defendant's Probation Officer has advised the Court that Defendant Sibley has been compliant with the terms of his supervision and she does not oppose his request for early termination. The Court takes positive note of Defendant Sibley's full compliance with the terms of his supervised release. Accordingly, the Court hereby **GRANTS** Defendant's motion and terminates the remaining period of supervised release.

It is so **ORDERED** this 29th day of October, 2018.

_____
Amy Totenberg
United States District Judge